**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Summit Texas Clean Energy, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-1333516** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **801 Second Ave, Suite 1150** <br> **Seattle, WA 98104** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **King** <br> County | **Location of principal assets, if different from principal place of business** <br> **Certain real estate assets are located in Penwell, TX  (See Schedule B55)** <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)      **www.texascleanenergyproject.com**

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| Debtor **STCE Holdings, LLC** | Relationship | **Debtor is subsidiary** |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,000 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2017**
MM / DD / YYYY

**X** **/s/ Rick Burkhardt**                **Rick Burkhardt**
Signature of authorized representative of debtor        Printed name

Title    **Management Committee Representative**

**18. Signature of attorney**

**X** **/s/ Christine M. Tobin-Presser**        Date **October 13, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**Christine M. Tobin-Presser**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **206-292-2110**    Email address _____

**#27628**
Bar number and State

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2017**      X /s/ Rick Burkhardt
                                      Signature of individual signing on behalf of debtor

                                      **Rick Burkhardt**
                                      Printed name

                                      **Management Committee Representative**
                                      Position or relationship to debtor

Debtor name    **Summit Texas Clean Energy, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................    $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................    $ _____175,364.72

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*......................................................................    $ _____175,364.72

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____15,143,002.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____31,659,612.72

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    |    $ _____46,802,614.72

Fill in this information to identify the case:

Debtor name    **Summit Texas Clean Energy, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank - Balance as of 9/25/17** | **Checking** | **8405** | $242.15 |
| 3.2. | **Wells Fargo Bank - Balance as of 9/25/17** | **Savings** | **8209** | $20.57 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $262.72

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **RLI Insurance Company**<br>**2925 Richmond Avenue, Suite 1600, Houston, TX 77098**<br>**Surety Bond in favor of Texas Commission on Environmental Quality** | $175,102.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

9.    **Total of Part 2.**

        Add lines 7 through 8. Copy the total to line 81.

| | **$175,102.00** |

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software See attached Schedule. Cost value is $486,171.47; Accumulated Depreciation is $471,304.19.** | **$14,867.28** | | **Unknown** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

        Add lines 39 through 42. Copy the total to line 86.

| | **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Base Project Site - 600 acres of land in Ector County Texas. Legal description attached as 55A. Project Site:  401 North FM 1601, Penwell, TX 79776**<br><br>**Debtor is title holder subject to property reverting to grantor, Odessa Industrial Development Corp. if Debtor failes to achieve Financial Closing of a coal gasification type plant on or before December 31, 2017.** | **Title Holder subject to reversion to Odessa Industrial Development Corp.** | **Unknown** | | **Unknown** |
| 55.2.  **6.27 acres of real prroperty in Ector County, Texas.  Legal Description attached as 55B.  Subject to restrictive use covenant.** | **Title Holder** | **Unknown** | | **Unknown** |

| | | | |
|---|---|---|---|
| 55.3. | **2.39 acres of real property in Ector County Texas. Legal Description attached as 55C. Subject to restrictive use covenant.** | **Title Holder** | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| 55.4. | **13.30 acres of real property in Ector County, Texas. Legal Description attached as 55D. Subject to restrictive use covenant.** | **Title Holder** | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| 55.5. | **2 tracts of land, 11.52 and 1.03 acres respectively, in Ector County, Texas. Legal Description attached as 55E. Subject to restrictive use covenant.** | **Title Holder** | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| 55.6. | **30 acres of real property in Ector County, Texas. Legal Description attached as 55F. Subject to restrictive use covenant.** | **Title Holder** | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| 55.7. | **Easement for gas line across certain real property in Ector County, Texas. Legal Description of property attached as 55G.** | **Easement Holder** | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| 55.8. | **Easement for pipe line(s) across certain real property in Ector County, Texas. Legal Description of property attached as 55H.** | **Easement Holder** | **Unknown** | **Unknown** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **www.texascleanenergy.com** | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** **In connection with the ownership and development of a polygon clean coal with carbon capture power plant, funded by a U.S. Department of Energy reimbursement grant, the Debtor invested approximately $150 million in total, including multiple engineering packages for the plant (representing a significant amount of pre-construction engineering work, including FEED and extended FEED work), other studies and reports (including with respect to the U.S. Fertilizer market), project plans, as well as the framework for financing a project of this type.** | **Unknown** | | **Unknown** |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                                   | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☑ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable** |
|---|---|
| | Description (include name of obligor) |

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|
| | Description (for example, federal, state, local) |

| 73. | **Interests in insurance policies or annuities** |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims against United States Department of Energy relating to its termination of contractual relationship with Debtor for the development of a clean coal plant. Summit Texas Clean Energy, LLC et al. v. United States, Court of Claims Case No. 17-1138C filed 8/23/17 - Amount requested TBD.**

                                                                            **Unknown**

| Nature of claim | **Claims relating to unreimbursed costs.** |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Debtor | **Summit Texas Clean Energy, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $262.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $175,102.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $175,364.72 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $175,364.72 |

In re Summit Texas Clean Energy, LLC

**ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 41**
**Office Equipment, computer and communication systems equipment and software**

| Summit Texas Clean Energy, LLC | | | | |
|---|---|---|---|---|
| Depreciation Schedule | | | | |
| As of September 25, 2017 | | | | |
| | | | | |
| | Date | Cost | Accum Depr | Net book Value |
| Computer equipment/servers | 4/1/2010 | 4,478.44 | 4,478.44 | - |
| Computer software | 8/1/2010 | 427,163.33 | 412,296.05 | 14,867.28 |
| Computer equipment/servers | 9/18/2010 | 47,599.75 | 47,599.75 | - |
| Computer server | 4/1/2014 | 6,929.95 | 6,929.95 | - |
| | | 486,171.47 | 471,304.19 | 14,867.28 |

In re Summit Texas Clean Energy, LLC


## ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 55
### Any building, improved real estate, or land debtor owns or has an interest


### Legal Description, 55A

EXHIBIT A - 1

to Commercial Contract between
TOM BARKER and JUDY BURKES, Seller
and
ODESSA INDUSTRIAL DEVELOPMENT CORPORATION,
Buyer

FIELD NOTES OF 600.0 ACRES OF LAND IN SECTION 43, BLOCK 44, T2S AND SECTION 6, BLOCK 44, T3S, T&P RY COMPANY SURVEY, ECTOR COUNTY, TEXAS:

BEGINNING at a point in the north boundary of the T&P Ry right-of-way and in the east boundary of Section 6, Block 44, T3S, T&P Ry Company Survey, Ector County, Texas, for the most southerly southeast corner of this tract; from which point the northeast corner of said Section 6 bears N15°08'E, 395.3 feet;

THENCE N15°08'E, with the east boundary of Section 6, 395.3 feet to the northeast corner of Section 6 for an exterior corner of this tract;

THENCE S74°57'W, with the north boundary of Section 6, 36.0 feet to the southeast corner of Section 43, Block 44, T2S, T&P Ry Company Survey, Ector County, Texas for an interior corner of this tract;

THENCE N15°36'W, with the east boundary of Section 43, 5291.7 feet to the northeast corner of Section 43 for the northeast corner of this tract;

THENCE S74°54'W, with the north boundary of Section 43, 4078.1 feet to the northwest corner of this tract;

THENCE S15°36'E, at 5288.1 feet pass the south boundary of Section 43 and the north boundary of Section 6 in all 7113.2 feet to a point in the north boundary of the T&P Railway right-of-way for the southeast corner of this tract;

THENCE N55°43'E with the north boundary of the T&P Railway right-of-way, 4339.4 feet to the point of beginning and containing 600.0 acres of land.

TOGETHER WITH that certain easement being described as follows:

All right, title and interest of the Grantor in and to that certain water pipeline easement executed by Shoebar Ranch, Inc. conveying to Teledyne Industries, Inc., dated August 5, 1981, a 15' water line easement across a portion of Section 43, Block 44, T2S and Sections 28, 27 and 26 T2S, T&P Ry Co. Survey, Ector County, Texas, recorded in Vol. 2014, Page 428, Official Public Records, Ector County, Texas.

In re Summit Texas Clean Energy, LLC

## ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 55
**Any building, improved real estate, or land debtor owns or has an interest**

**Legal Description, 55B**



Pipeline

# LCA

## ENVIRONMENTAL · CIVIL ENGINEERING · LAND SURVEYING
### FIRM # 001363
**521 NORTH TEXAS · ODESSA, TEXAS 79761**
**(432) 332-5058 or 580-8812 · FAX (432) 332-8812**

---

EXHIBIT "A"
Legal Description
For a 6.27 Acre Tract of Land
Located In Sections 41 and 44, Block 44, T-2-S,
T&P RR. Co. Survey, Ector County, Texas

Boundary Being More Fully Described As Follows:

BEGINNING at (Y= 10,610,538.60' and X= 1,594,031.14') a ½" iron rod with plastic cap marked "LCA ODESSA TX" set in the east line of that certain 601.10 acre tract as described in Document Number 2010-00004267 of the Official Public Records of Ector County and in the common line of Sections 43 and 44, Block 44, T-2-S T&P RR Co. Survey, Ector County, Texas; whence a 5/8" iron rod with 2" aluminum cap marked "LCA ODESSA TX" found at the common corner of Sections 41,42,43 and 44, T-2-S bears N 14°20'50" W, a distance of 75.00 feet;

THENCE N 76°05'10" E, 75 feet south of and parallel to the north line of said Section 44, a distance of 5,240.08 feet to a ½" iron rod with plastic cap marked "LCA ODESSA TX" set at an ell corner of this tract;

THENCE N 14°16'52" W, at a distance of 75.00 feet pass the north line of said Section 44 and the south line of said Section 41, continuing on for a total distance of 167.88 feet to a ½" iron rod with plastic cap marked "LCA ODESSA TX" set in the projection of the south side of a fenced Kinder Morgan Pipeline facility and being the most northwest corner of this tract;

THENCE N 76°05'10" E, a distance of 50.00 feet to a ½" iron rod with plastic cap marked "LCA ODESSA TX" set in the east line of said Section 41 and being the most northeast corner of this tract;

THENCE S 14°16'52" E, at 92.91 feet pass a 5/8" iron rod with a 2" aluminum cap found at the northeast corner of said Section 44 and the southeast corner of said Section 41, continuing on for a total distance of 217.88 feet to a ½" iron rod with plastic cap marked "LCA ODESSA TX" set for the southeast corner of this tract;

THENCE S 76°05'10" W, a distance of 5,290.02 feet to a ½" iron rod with plastic cap marked "LCA ODESSA TX" set in the east line of said 601.10 acre tract and the common line of said Sections 43 and 44 and being the southwest corner of this tract;

THENCE N 14°20'50" W, along the east line of said 601.10 acre tract and the common line of said Sections 43 and 44, a distance of 50.00 feet to the Point of the Beginning containing 6.27 surface acres of land, as depicted on the attached EXHIBIT "B".

Bearings, distances and coordinates are relative to the Texas Coordinate System, 1983 NAD, Central Zone, with a combined grid factor of 0.999829390 and a theta angle of -01°09'37" near the center of this description.

The Section Corner Construction is based upon the survey by J. Stan Piper, LSLS, surveyed from March 1987 through December 1987 and recorded in Ector County Roll Sketch Number 15, filed February 4, 1988.

LCA

_Dow E Kelly_

Dow E Kelly, R.P.L.S. #5707
March 21, 2012

LCA Project Number 2010-055

In re Summit Texas Clean Energy, LLC

## ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 55
### Any building, improved real estate, or land debtor owns or has an interest

### Legal Description, 55C



# LCA

## ENVIRONMENTAL • CIVIL ENGINEERING • LAND SURVEYING
### FIRM # 001363
### 521 NORTH TEXAS • ODESSA, TEXAS 79761
### (432) 332-5058 or 580-8812 • FAX (432) 332-8812

EXHIBIT "A"
Legal Description of Tract I
A 2.39 Acre of Land
Located in Section 42 Block 44, T-2-S,
T&P RR. Co. Survey, Ector County, Texas

Tract I-2.39 Acres
Boundary Being More Fully Described As Follows:

BEGINNING at (Y= 10,612,978.56' and X= 1,591,900.78') a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the southwest corner of this tract whence a 5/8" Iron rod with 2" aluminum cap marked "LCA ODESSA TX" found at the common corner of Sections 41,42,43 and 44 Block 44, T-2-S, T&P RR Co. Survey, Ector County Texas, bears S 14°54'50" E, a distance of 2,806.06 feet and N 76°05'10" E, a distance of 1,431.59 feet;

THENCE N 26°26'53" W, passing the centerline of an H-Frame Transmission Line at 130 feet, continuing for a total distance of 260.00 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the northwest corner of this tract;

THENCE N 63°33'07" E, 130 feet north of and parallel to the centerline of said H-Frame Transmission Line, a distance of 400.00 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the northeast corner of this tract;

THENCE S 26°26'53" E, passing the centerline of said H-Frame Transmission Line at 130 feet, continuing for a total distance of 260.00 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the southeast corner of this tract;

THENCE S 63°33'07" W, 130 feet south of and parallel to the centerline of said H-Frame Transmission Line, a distance of 400.00 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" to the Point of the Beginning containing 2.39 surface acres of land, as depicted on the attached EXHIBIT "B".

Bearings, distances and coordinates are relative to the Texas Coordinate System, 1983 NAD, Central Zone, with a combined grid factor of 0.999829390 and a theta angle of -01°09'37" near the center of this description.

The Section Corner Construction is based upon the survey by J. Stan Piper, LSLS, surveyed from March 1987 through December 1987 and recorded in Ector County Roll Sketch Number 15, filed February 4, 1988.

LCA

Dow E Kelly R.P.L.S, #5707
March 20, 2012, Rev March 21, 2012

DOW E KELLY
5707

LCA Project number 2010-055

In re Summit Texas Clean Energy, LLC

## ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 55
### Any building, improved real estate, or land debtor owns or has an interest

### Legal Description, 55D

Railroad Spur



# LCA

## ENVIRONMENTAL • CIVIL ENGINEERING • LAND SURVEYING
### FIRM # 001363

**521 NORTH TEXAS • ODESSA, TEXAS 79761**
**(432) 332-5058 or 580-8812 • FAX (432) 332-8812**

EXHIBIT "A"
Legal Description of a 13.30 Acre Tract
Located in Section 44 Block 44, T-2-S, and Section 5, Block 44 T-3-S
T&P RR. Co. Survey, Ector County, Texas

Boundary Being More Fully Described As Follows:

BEGINNING at (Y= 10,605,489.64' and X= 1,595,352.37') a 5/8" Iron rod with aluminum cap marked "LCA ODESSA TX" found at the common northwest corner of Sections 5 and 6, Block 44, T-3-S and in the south line of Section 44, Block 44 T-2-S, T&P RR Co. Survey, Ector County Texas and also being a corner of that certain 601.10 acre tract as described in Document Number 2010-00004267 of the Official Public Records of Ector County, Texas;

THENCE S 76°00'54" W, along a south line of said 601.10 acre tract and the common line of said Sections 44 and 6, a distance of 28.91 feet to a 5/8" Iron rod with aluminum cap marked "LCA ODESSA TX" found at the common southwest corner of Section 44 and the southeast corner of Section 43, Block 44, T-2-S in the north line of said Section 6;

THENCE N 14°20'50" W, along an east line of said 601.10 acre tract and the common line of said Sections 43 and 44 a distance of 303.73 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the westernmost northwest corner of this tract;

THENCE S 82°27'48" E, a distance of 623.60 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for a point of deflection of this tract;

THENCE N 71°07'45" E, a distance of 370.89 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for a point of deflection of this tract;

THENCE N 60°43'09" E, a distance of 2,556.07 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set in the northern right-of-way of the Union Pacific Railroad;

THENCE S 56°54'04" W, along the northern right-of-way of said Union Pacific Railroad, passing the common line of said Sections 5 and 44 at 2,393.84 feet, continuing for a total distance of 3,582.10 feet to a 5/8" Iron rod with aluminum cap marked "LCA ODESSA TX" found in the northern right-of-way of said Union Pacific Railroad and the southeast corner of said 601.10 acre tract in the common line of said Sections 5 and 6;

THENCE N 13°56'57" W, along the east line of said 601.10 acre tract and the common line of said Sections 5 and 6, a distance of 392.03 feet to the Point of the Beginning, containing 13.30 surface acres of land as depicted on the attached EXHIBIT "B".

Bearings, distances and coordinates are relative to the Texas Coordinate System, 1983 NAD, Central Zone, with a combined grid factor of 0.999829390 and a theta angle of -01°03'37" near the center of this description.

The Section Corner Construction is based upon the survey by J. Stan Piper, LSLS, surveyed from March 1987 through December 1987 and recorded in Ector County Roll Sketch Number 15, filed February 4, 1988.

LCA

Dow F. Kelly, R.P.L.S. #6707
March 19, 2012

STATE OF TEXAS
DOWE KELLY
6707
PROFESSIONAL LAND SURVEYOR

LCA Project number 2010-055

In re Summit Texas Clean Energy, LLC

## ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 55
**Any building, improved real estate, or land debtor owns or has an interest**

### Legal Description, 55E



## *ENVIRONMENTAL • CIVIL ENGINEERING • LAND SURVEYING*
### FIRM # 001363
**521 NORTH TEXAS • ODESSA, TEXAS 79761**
**(432) 332-5058 or 580-8812 • FAX (432) 332-8812**

---

**EXHIBIT "A"**
Legal Description of Tracts 1 and 2 being
A 11.52 Acre Tract and a 1.03 Acre Tract of Land
Located in Section 42 Block 44, T-2-S,
T&P RR. Co. Survey, Ector County, Texas

**TRACT 1-11.52 Acres**

Boundary Being More Fully Described As Follows:

BEGINNING at (Y= 10,610,595.48' and X= 1,593,948.84') a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set in the north line of that certain 601.10 acre tract as described in Document Number 2010-00004267 of the Official Public Records of Ector County, Texas and the common line of Section 42 and 43, Block 44, T-2-S, T&P RR Co. Survey, Ector County, Texas, whence a 5/8" Iron rod with 2" aluminum cap marked "LCA ODESSA TX" found at the common corner of Sections 41,42,43 and 44, bears N 76°05'10" E, a distance of 65.64 feet;

THENCE S 76°05'10" W, along the common line of said Sections 42 and 43, a distance of 150.00 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at the southwest corner of this tract;

THENCE N 14°15'00" W, a distance of 2,074.54 to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at an interior ell corner of this tract;

THENCE S 75°45'00" W, a distance of 833.02 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at point of deflection of this tract;

THENCE N 26°26'53" W, a distance of 265.26 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the northwestern corner of this tract and being in the curved southeastern right-of-way line of a proposed 60 foot wide road;

THENCE with the southeastern right-of-way line of said proposed road and a curve to the right in a northerly direction, said curve having a radius length of 720.00 feet, a delta angle of 23°00'13", an arc length of 289.07 feet and a chord length of 287.13 bearing N 05°02'44" E to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the northernmost northeast corner of this tract;

THENCE S 26°26'53" E, a distance of 389.06 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection of this tract;

THENCE N 75°45'00" E, a distance of 861.98 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at an exterior ell corner of this tract;

THENCE S 14°15'00" E, a distance of 2,225.42 feet to the Point of the Beginning containing 11.52 surface acres of land, as depicted on the attached EXHIBIT "B".

Bearings, distances and coordinates are relative to the Texas Coordinate System, 1983 NAD, Central Zone, with a combined grid factor of 0.999829390 and a theta angle of -01°09'37" near the center of this description.

**TRACT 2-1.03 Acres**

Boundary Being More Fully Described As Follows:

BEGINNING at (Y= 10,612,729.61' and X= 1,592,303.85') a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set in the curved northwesterly right-of-way line of a proposed 60 foot wide road and being southwest corner of this tract whence a 5/8" Iron rod with 2" aluminum cap marked "LCA ODESSA TX" found at the common corner of Sections 41, 42, 43

and 44, Block 44, T-2-S, T&P RR Co. Survey, Ector County Texas, bears S 14°54'50" E, a distance of 2,467.45 feet and N 76°05'10" E, a distance of 1,106.12 feet;

THENCE N 26°26'53" W, a distance of 402.41 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the northwest corner of this, and being 130 feet south of the centerline of an H-Frame Transmission Line;

THENCE N 63°33'07" E, 130 feet south of and parallel to the centerline of said H-Frame Transmission Line, a distance of 150.00 to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the northeast corner of this tract;

THENCE S 26°26'53" E, a distance of 215.08 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set in the curved northwesterly right-of-way line of said proposed road and being the southeast corner of this tract;

THENCE with the northwesterly right-of-way line of said proposed road and a curve to the left in a southerly direction, said curve having a radius length of 780.00 feet, a delta angle of 17°41'55", an arc length of 240.94 feet and a chord length of 239.98 feet bearing S. 12°16'14" W to the Point of the Beginning containing 1.03 surface acres of land, as depicted on the attached EXHIBIT "B".

Bearings, distances and coordinates are relative to the Texas Coordinate System, 1983 NAD, Central Zone, with a combined grid factor of 0.99982939O and a theta angle of -01°09'37" near the center of this description.

The Section Corner Construction is based upon the survey by J. Stan Piper, LSLS, surveyed from March 1987 through December 1987 and recorded in Ector County Roll Sketch Number 15, filed February 4, 1988.



Dow E Kelly, R.P.L.S. #5707
March 21, 2012; Rev March 22, 2012

LCA Project number 2010-055

In re Summit Texas Clean Energy, LLC

## ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 55
### Any building, improved real estate, or land debtor owns or has an interest

**Legal Description, 55F**



# LCA

ENVIRONMENTAL • CIVIL ENGINEERING • LAND SURVEYING
FIRM # 001363

521 NORTH TEXAS • ODESSA, TEXAS 79761
(432) 332-5058 or 580-8812 • FAX (432) 332-8812

EXHIBIT "A"
Legal Description of a 30.00 Acre Tract
Located in Sections 33, 34, 35, 40, 41, and 42 Block 44, T-2-S,
T&P RR. Co. Survey, Ector County, Texas

Boundary Being More Fully Described As Follows:

BEGINNING at (Y= 10,610,359.13' and X= 1,592,994.79') a ½" Iron rod with cap marked "LCA ODESSA TX" set in the north line of that certain 601.10 acre tract as described in Document Number 2010-00004267 of the Official Public Records of Ector County, Texas and the common line of Section 42 and 43, Block 44, T-2-S, T&P RR Co. Survey, Ector County, Texas, whence a 5/8" Iron rod with 2" aluminum cap marked "LCA ODESSA TX" found at the common corner of Sections 41,42,43 and 44 Block 44, T-2-S, T&P RR Co. Survey, Ector County Texas, bears N 76°05'10" E, a distance of 1,048.53 feet;

THENCE S 76°05'10" W, along the north line of said 601.10 acre tract and the common line of said Sections 42 and 43, a distance of 245.00 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for the southwest corner of this tract;

THENCE S 13°56'17" W, a distance of 547.77 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for an ell corner of this tract;

THENCE N 76°03'43" E, a distance of 110.00 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for an ell corner of this tract;

THENCE N 13°56'17" W, a distance of 1,686.95 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for a Point of Curvature to the right;

THENCE along said curve to the right having an arc distance of 1,054.92 feet, a delta angle of 77°29'25", a radius of 780.00 feet, a chord bearing of N 24°48'25" E and a chord distance 976.34 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at the Point of Tangency;

THENCE N 63°33'07" E, pass the common line of said Sections 41 and 42 at 563.87 feet, pass the common line of said Section 41 and Section 40 of said Block 44 T-2-S at 5,978.90 feet, pass the common line of said Section 40 and Section 33 of said Block 44 T-2-S at 10,605.15 feet, pass the common line of said Sections 33 and Section 34 of said Block 44 T-2-S at 11,402.77 feet, in all a total a distance of 16,816.86 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for a point of deflection of this tract;

THENCE N 24°40'21" E, pass the common line of said Section 34 and Section 35 of said Block 44, T-2-S at 5.97 feet, in all a total distance of 31.14 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set in the apparent west right-of-way of FM 866, whence a Texas Department of Transportation concrete monument found in the west right-of-way of said FM 866, bears N 14°12'25" W, a distance of 4,469.17 feet;

THENCE S 14°12'25" E, along the apparent west right-of-way of said FM 866, a distance of 101.40 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set in the west right-of-way of said FM 866 whence a ½" Iron rod by a leaning Texas Department of Transportation concrete monument found, in the west right-of-way of said FM 866, bears S 14°12'25" E1, a distance of 1,274.25 feet;

THENCE S 65°19'39" W, pass the common line of said Sections 35 and 34 at 20.4, a total distance of 25.11 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for a point of deflection of this description;

THENCE S 63°33'07" W, pass the common line of said Sections 34 and 33 at 5,414.12 feet, pass the common line of said Sections 33 and 40 at 5,927.81 feet, pass the common line of said Sections 40 and 41 at 10,837.88 feet, pass the common line of said Sections 41 and 42 at 16,252.84 feet, in all a total a distance of 16,803.84 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set for a Point of Curvature to the left;

THENCE along said curve to the left having an arc distance of 973.77 feet, a delta angle of 77°29'25", a radius of 720.00 feet, a chord bearing of S 24°48'25"W and a chord distance of 901.23 feet to a ½" iron rod with plastic cap marked "LCA ODESSA TX" set at the Point of Tangency;

THENCE S 13°56'17" E, a distance of 1,686.95 feet to a ½" iron rod with plastic cap marked "LCA ODESSA TX" set for an ell corner of this tract;

THENCE N 76°03'43" E, a distance of 75.00 feet to a ½" iron rod with plastic cap marked "LCA ODESSA TX" set for an ell corner of this tract;

THENCE S 13°56'17" E, a distance of 547.87 feet to the Point of the Beginning, containing 30.00 surface acres of land as depicted on the attached EXHIBIT "B", Pages 1 and 2.

Bearings, distances and coordinates are relative to the Texas Coordinate System, 1983 NAD, Central Zone, with a combined grid factor of 0.999829390 and a theta angle of -01°09'37" near the center of this description.

The Section Corner Construction is based upon the survey by J. Stan Piper, LSLS, surveyed from March 1987 through December 1987 and recorded in Ector County Roll Sketch Number 15, filed February 4, 1988.

Dow E. Kelly, R.P.L.S. #5707
Rev: March 28, 2012

LCA Project number 2010-055

In re Summit Texas Clean Energy, LLC

**ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 55**
**Any building, improved real estate, or land debtor owns or has an interest**

**Legal Description, 55G**

## EXHIBIT "A"

### Legal Description of Property

**Tract 1:**    SW/4, Section 6, Township 3 South, Block 44, Ector County, Texas, containing 142.149 acres, more or less.

**Grantor and Grantee hereby agree to amend the acreage description noted above as necessary.**

In re Summit Texas Clean Energy, LLC

## ATTACHMENT TO SCHEDULE A/B, QUESTION NO. 55
**Any building, improved real estate, or land debtor owns or has an interest**

**Legal Description, 55H**



## LCA

**ENVIRONMENTAL • CIVIL ENGINEERING • LAND SURVEYING**
FIRM # 001363

**521 NORTH TEXAS • ODESSA, TEXAS 79761**
**(432) 332-5058 or 580-8812 • FAX (432) 332-8812**

EXHIBIT "A-1"
For the Centerline of a Thirty-Foot Pipeline Easement
Located in Sections 1, 2, & 4, Block 35, University Lands,
Ector County, Texas

Centerline Being More Fully Described As Follows:

BEGINNING at (Y=10,588,979.79' and X=1,596,993.56') a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set in the centerline of an existing ONEOK pipeline, whence a concrete monument found at the common northeast corner of said Section 4 and the southeast corner of said Section 2 bears N 15°02' 23" W, a distance of 535.11 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" (Y=10,589,496.57' and X=1,596,854.71') set in the common line said Sections 4 and 2, and N 76°20'54" E, a distance of 2,438.49 feet;

THENCE N 15°02' 23" W, at a distance of 535.11 feet pass said ½" Iron rod with plastic cap marked "LCA ODESSA TX" set in the common line of said Sections 4 and 2, in all a total distance of 3,600.02 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 60°02' 44" W, a distance of 200.00 feet to ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 15°02' 43" W, a distance of 200.00 feet to ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 29°57' 18" E, a distance of 200.00 feet to ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 15°02' 51" W, a distance of 771.35 feet to ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 60°02' 51" W, a distance of 25.00 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 15°02' 51" W, at a distance of 945.04 feet pass a ½" Iron rod with plastic cap marked "LCA ODESSA TX" (Y=10,594,592.81' and X=1,595,466.77') set in the common line of said Section 2 and said Section 1, whence a 2" Iron pipe found and the northwest corner of said Section 2 and the southwest corner of said Section 1 bears
S 76°21'02" W, a distance of 2,806.05 feet, in all a total distance of 1,400.02 feet to a ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 26°17' 56" W, a distance of 1,600.00 feet to ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 15°02' 51" W, a distance of 800.02 feet to ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

THENCE N 03°47' 58" W, a distance of 800.00 feet to ½" Iron rod with plastic cap marked "LCA ODESSA TX" set at a point of deflection for this description;

2010-055.11 Summit University Lands Sec 1,2 & 4 Blk 35

Exhibit "A" - #10630

THENCE N 15°02' 51" W, a distance of 1,707.23 feet to ½" Iron rod with plastic cap marked "LCA ODESSA TX" (Y=10,599,686.10 and X=1,593,935.77') set in the common line of said Section 1 and Section 6, Block 44, T-3-S, T&P RR Co. Survey, for the end of this description, whence the common northwest corner of said Section 1 and the southwest corner of said Section 6 bears S 76°05'37" W, a distance of 2,544.25 feet, consisting of a total of 11,305.67 surface feet or a total of 685.19 rods. The bearings, distances and coordinates are relative to the Texas Coordinate System, 1983 NAD, Central Zone with a combined grid factor of 0.999820602, and a theta angle of -01°09'32" at Y= 10,594,542.535' X= 1,596,961.005'

John F. Landgraf, RPLS # 2410
23 June, 2011

2010-055.11 Summit University Lands Sec 1,2 & 4 Blk 35

**Fill in this information to identify the case:**

Debtor name    **Summit Texas Clean Energy, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** **Siemens Financial Svcs, Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All personal property** | $15,143,002.00 | $0.00 |
|---|---|---|---|

**400 Interstate N Pkwy, # 115**
**Atlanta, GA 30339**
Creditor's mailing address

Describe the lien
**All personal property**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred
**05/05/10**
Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| **2.2** **Siemens Financial Svcs, Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**NOTICE ONLY** | $0.00 | $0.00 |
|---|---|---|---|

**170 Wood Avenue S**
**Iselin, NJ 08830**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Case 17-14525-TWD    Doc 1    Filed 10/13/17    Ent. 10/13/17 16:15:49    Pg. 34 of 80

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $15,143,002.00 |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name   **Summit Texas Clean Energy, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,242.00** |
|---|---|---|---|

**Advanced Resources**
 **International Inc**
**4501 Fairfax Drive, Suite 910**
**Arlington, VA 22203**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2015**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,361.64** |
|---|---|---|---|

**CH2MHill Engineers, Inc.**
**Attn:  Project Director**
**14701 St. Mary's Lane #300**
**Houston, TX 77079-2923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,459.23** |
|---|---|---|---|

**CH2MHill Engineers, Inc.**
**Attn:  Project Director**
**14702 St. Mary's Lane #300**
**Houston, TX 77079-2923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/3/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,655.61** |
|---|---|---|---|

**CH2MHill Engineers, Inc.**
**Attn:  Project Director**
**14703 St. Mary's Lane #300**
**Houston, TX 77079-2923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Summit Texas Clean Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$199,974.14** |
|---|---|---|---|

**CH2MHill Engineers, Inc.**
**Attn: Project Director**
**14704 St. Mary's Lane #300**
**Houston, TX 77079-2923**

Date(s) debt was incurred  5/5/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,613.32** |
|---|---|---|---|

**CH2MHill Engineers, Inc.**
**Attn: Project Director**
**14705 St. Mary's Lane #300**
**Houston, TX 77079-2923**

Date(s) debt was incurred  6/3/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.00** |
|---|---|---|---|

**CH2MHill Engineers, Inc.**
**Attn: Project Director**
**14706 St. Mary's Lane #300**
**Houston, TX 77079-2923**

Date(s) debt was incurred  7/1/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440,000.00** |
|---|---|---|---|

**China Huanqui Contracting & En**
**1 Chuangda Road**
**2, Laiguangying High-tech Park**
**Beijing PRC 100012**
**CHINA**

Date(s) debt was incurred  2/15/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$520,000.00** |
|---|---|---|---|

**China Huanqui Contracting & En**
**1 Chuangda Road**
**2, Laiguangying High-tech Park**
**Beijing PRC 100012**
**CHINA**

Date(s) debt was incurred  4/6/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600,000.00** |
|---|---|---|---|

**China Huanqui Contracting & En**
**1 Chuangda Road**
**2, Laiguangying High-tech Park**
**Beijing PRC 100012**
**CHINA**

Date(s) debt was incurred  4/29/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,963.20** |
|---|---|---|---|

**Davis, Wright, Tremaine, LLP**
**1201 Third Ave #2200**
**Seattle, WA 98101-3045**

Date(s) debt was incurred  1/17/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-14525-TWD    Doc 1    Filed 10/13/17    Ent. 10/13/17 16:15:49    Pg. 37 of 80

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.00 |
|---|---|---|---|

**Davis, Wright, Tremaine, LLP**
**1201 Third Ave #2200**
**Seattle, WA 98101-3045**

Date(s) debt was incurred  __7/7/2016__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,960.00 |
|---|---|---|---|

**E3 Consulting Services, LLC**
**3333 S. Bannock St, Suite 500**
**Englewood, CO 80110**

Date(s) debt was incurred  __1/26/2016__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,760.00 |
|---|---|---|---|

**E3 Consulting Services, LLC**
**3333 S. Bannock St, Suite 500**
**Englewood, CO 80110**

Date(s) debt was incurred  __2/25/2016__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,569.07 |
|---|---|---|---|

**E3 Consulting Services, LLC**
**3333 S. Bannock St, Suite 500**
**Englewood, CO 80110**

Date(s) debt was incurred  __3/28/2016__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,012.50 |
|---|---|---|---|

**E3 Consulting Services, LLC**
**3333 S. Bannock St, Suite 500**
**Englewood, CO 80110**

Date(s) debt was incurred  __4/20/2016__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.00 |
|---|---|---|---|

**Eric Redman**
**1521 2nd Ave, #3403**
**Seattle, WA 98101**

Date(s) debt was incurred  __4/16/2016__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**GFS Global, LLC**
**330 Little Falls Street**
**Falls Church, VA 22046**

Date(s) debt was incurred  __6/6/2016__

Last 4 digits of account number  __June fees__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,720.00 |
|---|---|---|---|

**Grant Thornton, LLP**
**520 Pike Street, Suite 2800**
**Seattle, WA 98101-1389**

Date(s) debt was incurred  7/19/2016

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,784.00 |
|---|---|---|---|

**Grant Thornton, LLP**
**520 Pike Street, Suite 2800**
**Seattle, WA 98101-1389**

Date(s) debt was incurred  9/28/2016

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.00 |
|---|---|---|---|

**Grant Thornton, LLP**
**520 Pike Street, Suite 2800**
**Seattle, WA 98101-1389**

Date(s) debt was incurred  12/14/2016

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.00 |
|---|---|---|---|

**Grant Thornton, LLP**
**520 Pike Street, Suite 2800**
**Seattle, WA 98101-1389**

Date(s) debt was incurred  12/14/2016

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,573.00 |
|---|---|---|---|

**Jones Day**
**222 East 41st Street**
**New York, NY 10017-6702**

Date(s) debt was incurred  12/31/2015

Last 4 digits of account number  _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Kruger Environmental**
**   Strategies LLC**
**11912 Old Bridge Road**
**Rockville, MD 20852**

Date(s) debt was incurred  2/29/2016

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Kruger Environmental**
**   Strategies, LLC**
**11912 Old Bridge Road**
**Rockville, MD 20852**

Date(s) debt was incurred  3/31/2016

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Summit Texas Clean Energy, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Kruger Environmental**
**Strategies, LLC**
**11912 Old Bridge Road**
**Rockville, MD 20852**

Date(s) debt was incurred  4/30/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,657.80** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**555 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

Date(s) debt was incurred  1/31/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,577.54** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**556 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

Date(s) debt was incurred  2/29/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,995.12** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**557 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

Date(s) debt was incurred  3/31/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,505.96** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**558 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

Date(s) debt was incurred  4/30/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,268.96** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**559 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

Date(s) debt was incurred  6/28/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,059.56** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**560 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

Date(s) debt was incurred  7/19/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Summit Texas Clean Energy, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,209.24** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**561 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/14/2016**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$397.54** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**562 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2016**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,507.74** |
|---|---|---|---|

**Latham & Watkins LLP**
**Attn: Paul J. Hunt**
**563 Eleventh Street NW #1000**
**Washington, DC 20004-1304**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,029.00** |
|---|---|---|---|

**McElroy, Sullivan, Miller,**
**Weber & Olmstead, LLP**
**PO Box 12127**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/4/2016**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,468.72** |
|---|---|---|---|

**McElroy, Sullivan, Miller,**
**Weber & Olmstead, LLP**
**PO Box 12127**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/8/2016**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237.98** |
|---|---|---|---|

**McElroy, Sullivan, Miller,**
**Weber & Olmstead, LLP**
**PO Box 12127**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2016**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,434.00** |
|---|---|---|---|

**Melzer Consulting**
**P.O. Box 2083**
**Midland, TX 79702-2083**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2015**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Summit Texas Clean Energy, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$202.00**

**Norton Rose Fulbright**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, TX 77010-3095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/13/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,414.00**

**Norton Rose Fulbright**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, TX 77010-3095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/2016**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480,000.00**

**Odessa Development Corporation**
**Attn: Board President**
**411 W. 8th Street**
**Odessa, TX 79761**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00**

**QWAA (China) Limited**
**Apt 902, Building 15**
**Lane 177, Tianshan Road**
**Shanghai PRC 200336**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/18/2016**

Basis for the claim: _

Last 4 digits of account number  **July fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00**

**QWAA (China) Limited**
**Apt 902, Building 15**
**Lane 177, Tianshan Road**
**Shanghai PRC 200336**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/18/2016**

Basis for the claim: _

Last 4 digits of account number  **August fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00**

**QWAA (China) Limited**
**Apt 902, Building 15**
**Lane 177, Tianshan Road**
**Shanghai PRC 200336**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/2016**

Basis for the claim: _

Last 4 digits of account number  **September fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,372,085.00**

**Siemens Energy, Inc.**
**4400 Alafaya Trail, MC Q1-286**
**Orlando, FL 32826-2399**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/1/2014**

Basis for the claim: _

Last 4 digits of account number  **2CO1**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286,188.00 |
|---|---|---|---|

**Siemens Energy, Inc.**
4400 Alafaya Trail, MC Q1-286
Orlando, FL 32826-2399

Date(s) debt was incurred  **4/1/2015**

Last 4 digits of account number  **2CO2**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359,133.00 |
|---|---|---|---|

**Siemens Energy, Inc.**
4400 Alafaya Trail, MC Q1-286
Orlando, FL 32826-2399

Date(s) debt was incurred  **10/1/2015**

Last 4 digits of account number  **2CO4**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294,400.00 |
|---|---|---|---|

**Siemens Energy, Inc.**
4400 Alafaya Trail, MC Q1-286
Orlando, FL 32826-2399

Date(s) debt was incurred  **1/22/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294,400.00 |
|---|---|---|---|

**Siemens Energy, Inc.**
4400 Alafaya Trail, MC Q1-286
Orlando, FL 32826-2399

Date(s) debt was incurred  **1/22/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,977.50 |
|---|---|---|---|

**Siemens Energy, Inc.**
4400 Alafaya Trail, MC Q1-286
Orlando, FL 32826-2399

Date(s) debt was incurred  **2/12/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,836.00 |
|---|---|---|---|

**Siemens Energy, Inc.**
4400 Alafaya Trail, MC Q1-286
Orlando, FL 32826-2399

Date(s) debt was incurred  **6/10/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362,701.00 |
|---|---|---|---|

**Siemens Fuel Gasification
GMBH & Co. KG**
Halsbruecker Strasse 34
Freiberg Germany 09599
GERMANY  09599

Date(s) debt was incurred  **6/24/2015**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,665.00 |
|---|---|---|---|

**Siemens Fuel Gasification GMBH & Co. KG**
**Halsbruecker Strasse 34**
**Freiberg Germany 09600**
**GERMANY   09599**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **12/17/2015**
Last 4 digits of account number **raw6**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722,645.00 |
|---|---|---|---|

**SNC-Lavalin Engineers**
**& Constructors Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **4/1/2015**
Last 4 digits of account number **MTO1**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,185,360.00 |
|---|---|---|---|

**SNC-Lavalin Engineers**
**& Constructors Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **4/29/2015**
Last 4 digits of account number **TO23**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,157.00 |
|---|---|---|---|

**SNC-Lavalin Engineers**
**& Constructors Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **12/14/2015**
Last 4 digits of account number **TO4**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,502.00 |
|---|---|---|---|

**SNC-Lavalin Engineers**
**& Constructors Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **12/24/2015**
Last 4 digits of account number **TO O&M**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $646,218.00 |
|---|---|---|---|

**SNC-Lavalin Engineers**
**& Constructors Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **8/1/2015**
Last 4 digits of account number **TO5**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $579,595.00 |
|---|---|---|---|

**SNC-Lavalin Engineers**
**& Constructors Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **11/16/2015**
Last 4 digits of account number **TO6**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,402,165.00 |
| --- | --- | --- | --- |

**SNC-Lavalin Engineers**
**& Constructors Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  6/30/2016

Basis for the claim: _

Last 4 digits of account number  TO7

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762,510.99 |
| --- | --- | --- | --- |

**SNC-Lavalin Engineers**
**& Constructors, Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/17/2015

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,792.37 |
| --- | --- | --- | --- |

**SNC-Lavalin Engineers**
**& Constructors, Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  1/22/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173,758.61 |
| --- | --- | --- | --- |

**SNC-Lavalin Engineers**
**& Constructors, Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  1/8/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680,000.00 |
| --- | --- | --- | --- |

**SNC-Lavalin Engineers**
**& Constructors, Inc.**
**919 Milam, Suite 1000**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2/1/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680,000.00 |
| --- | --- | --- | --- |

**SNC-Lavalin Engineers**
**& Constructors, Inc**
**919 Milam, Suite 1000**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  3/1/2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,365.28 |
| --- | --- | --- | --- |

**SNC-Lavalin Project Services**
**436 Creamery Way, Suite 100**
**Exton, PA 19341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/23/2015

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,800,000.00 |
|---|---|---|---|

**U.S. Dept. of Energy/NETL**
**ATTN Maureen Davison-Cntrct Sp**
**626 Cochrans Mill RD**
**PO Box 10940**
**Pittsburgh, PA 15236-0940**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/22/2016**

Basis for the claim: _

Last 4 digits of account number  **2650**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,284.84 |
|---|---|---|---|

**Wellford Capital Markets, LLC**
**Attn:  Bret Logue**
**110 E. 42nd Street #1310**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2016**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Wellford Capital Markets, LLC**
**Attn:  Bret Logue**
**110 E 42nd Street #1310**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2016**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,399.88 |
|---|---|---|---|

**Wellford Capital Markets, LLC**
**Attn:  Bret Logue**
**111 E 42nd Street #1310**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/17/2016**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,678.38 |
|---|---|---|---|

**Wellford Capital Partners, LLC**
**Attn:  Bret Logue**
**112 E 42nd Street #1310**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Wells Fargo Bank**
**Corporate Trust Services**
**WF 8113**
**PO Box 1450**
**Minneapolis, MN 55485-8113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2017**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,620.00 |
|---|---|---|---|

**Wright, William**
**Guangcia Int'l Apartments 4-8B**
**Chaoyang District**
**Beijing PRC 100020**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2016**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Summit Texas Clean Energy, LLC** | Case number (if known) | |
| | Name | | |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 31,659,612.72 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 31,659,612.72 |

**Fill in this information to identify the case:**

Debtor name   **Summit Texas Clean Energy, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Counsel for DOE appeal in U.S. Court of Federal Claims** | |
|     State the term remaining   **Not specified - SOW is DOE appeal** | **Baker Botts LLP** |
|     List the contract number of any government contract _____ | **Attn: Stanley R. Soya**<br>**1299 Pennsylvania Ave., NW**<br>**Washington, D.C. 20004-2400** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Ancillary site easements** | |
|     State the term remaining   **Not specified, use subject to covenants** | **Betty Moss Dean** |
|     List the contract number of any government contract _____ | **508 W. Wall Street, Suite 780**<br>**Midland, TX 79701** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Project engineering + professional services** | |
|     State the term remaining   **Not specified - TO based services, services suspended but outstanding invoices** | **CH2M HILL Engineers, Inc.** |
|     List the contract number of any government contract _____ | **Attention: Gary Brown**<br>**9191 South Jamaica Street**<br>**Englewood, CO 80112-5946** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Program Management Agreement post-financial closing (terminable by either party on notice)** | |
|     State the term remaining   **Not specified** | **CH2M HILL Engineers, Inc.** |
|     List the contract number of any government contract _____ | **Attention: Project Director**<br>**1000 Abernathy Road**<br>**Suite 1600**<br>**Atlanta, GA 30328** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Owner's Engineer -- engineering and project/construction management services** | |
|---|---|---|---|
| | State the term remaining | **Through project construction (absent earlier termination)** | **CH2M HILL Engineers, Inc. Attention:  Project Director 14701 St. Mary's Lane Suite 300 Houston, TX 77079** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **FEED, EPC Agrmts** | |
|---|---|---|---|
| | State the term remaining | **Any party right to nullify/void EPC** | **China Huanqiu Contracting/Eng 1, Chuangda Road 2 Chaoyang District Beijing PRC 100012 CHINA** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Land grant/jobs grant** | |
|---|---|---|---|
| | State the term remaining | **Land grant 12/31/17; Jobs grant 10 years past FTE** | **City of Odessa Attention:  City Manager P.O. Box 4398 Odessa, TX 79760** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Coal supply agreement** | |
|---|---|---|---|
| | State the term remaining | **240 mos after project COD absent earlier termination (if no closing by 4/30/18, termination permitted without penalty)** | **Cloud Peak Energy   Resources LLC Attn:  Contract Administration 385 Interlocken Crescent #400 Broomfield, CO 80021** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **General project counsel** | |
|---|---|---|---|
| | State the term remaining | **Not specified - SOW is generalized project legal services** | **Davis Wright Tremane LLP Attn:  Scott W. MacCormack 1201 Third Avenue Suite 2200 Seattle, WA 98101-3045** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Independent engineering review of cost estimate** | |
|---|---|---|---|
| | State the term remaining | **Not specified (terminable on 10 days notice)** | **E3 Consulting Services, LLC** **3333 S. Bannock St, Suite 500** **Englewood, CO 80110** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Tax abatement agrmt** | |
|---|---|---|---|
| | State the term remaining | **10Y from COD** | **Ector County Hospital Dist** **Medical Center Health System** **ATTN William Webster, CEO** **500 W. 4th Street** **Odessa, TX 79761** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Tax abatement agrmt** | |
|---|---|---|---|
| | State the term remaining | **10Y from COD** | **Ector County, Texas** **Attention: Susan M. Redford** **Ector County Judge** **300 N. Grant Avenue** **Odessa, TX 79761** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **TCEP market participant agrmt for ERCOT** | |
|---|---|---|---|
| | State the term remaining | **Evergreen for annual 1-year extensions on 4/1 (termination on 30 days written notice)** | **Electric Reliability Council of Texas, Inc.** **Attn: Legal Department** **7620 Metro Center Drive** **Austin, TX 78744-1654** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Auditors** | |
|---|---|---|---|
| | State the term remaining | **Not specified** | **Grant Thornton LLP** **520 Pike Street #2800** **Seattle, WA 98101** |
| | List the contract number of any government contract | | |

Case 17-14525-TWD    Doc 1    Filed 10/13/17    Ent. 10/13/17 16:15:49    Pg. 50 of 80

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering/design services for particular chemical processes at plant** | |
| | State the term remaining | **Exp 10/1/19** | **Haldor Topsoe, Inc.**<br>**Attn: Chief Executive Officer**<br>**17629 El Camino Real #300**<br>**Houston, TX 77058** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering/design services for particular chemical processes at plant** | |
| | State the term remaining | **Exp 10/1/19** | **HQC USA, LLC**<br>**Attn: Ling Xu**<br>**2500 City West Blvd #725**<br>**Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Advisory services of Chinese IGCC operator** | |
| | State the term remaining | **Exp 12/31/22 or earlier on 30 days notice** | **Huaneng Clean EnergyRsrch Inst**<br>**Lab BLDG A CHNG Innovtion Base**<br>**South Area Future Science&Tech**<br>**Beiqijia Town, Changping Dist**<br>**Beijing, PRC 00010-2209 CHINA** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **EPC & Financing counsel** | |
| | State the term remaining | **Not specified** | **Latham & Watkins LLP**<br>**Attn: Paul J. Hunt**<br>**555 Eleventh Street NW #1000**<br>**Washington, D.C. 20004-1304** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Advisor re agency/Congressional matters** | |
| | State the term remaining | **Exp 12/31/17** | **Laura Miller**<br>**P.O. Box 191466**<br>**Dallas, TX 75219** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **O&M contract (post-construction)** | |
| | State the term remaining | **Not specified - terminable on 15 days notice** | **Linde LLC**<br>**Attention: Contract Manager**<br>**575 Mountain Avenue**<br>**Murray Hill, NJ 07974** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| | | | |
|---|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Local TX counsel** | |
| | State the term remaining | **Not specified** | **McElroy Sullivan & Miller LLP**<br>**Attention: Thomas M. Weber**<br>**P.O. Box 12127**<br>**Austin, TX 78711** |
| | List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Advisor re Congressional/local matters** | |
| | State the term remaining | **Exp 12/31/17** | **McWilliams Governmental**<br>**Affairs Consultants**<br>**1220 Colorado, Suite 100**<br>**Austin, TX 78701** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Land grant/jobs grant** | |
| | State the term remaining | **Land grant 12/31/17; Jobs grant 10 years past FTE** | **Odessa Development Corporation**<br>**Attention: Board President**<br>**411 W. 8th Street**<br>**Odessa, TX 79761** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Project site** | |
| | State the term remaining | **Site reverter 12/31/17** | **Odessa Industrial**<br>**Development Corp**<br>**ATTN Secretary**<br>**PO Box 3626**<br>**Odessa, TX 79760** |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Tax abatement agrmt** | |
| | State the term remaining | **10Y from COD** | **Odessa Junior College District**<br>**Gregory D. Williams Ed.D./Pres**<br>**Odessa College**<br>**201 West University Blvd.**<br>**Odessa, TX 79764** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **ERCOT standard generation interconnection agreement** | |
|---|---|---|---|
| | State the term remaining | **Terminable on 30 days notice** | **Oncor Electric Delivery Co LLC**<br>**Attn: Jeff Herring**<br>**2233 B Mountain Creek Parkway**<br>**Dallas, TX 75211-6711** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Natgas supply/facilities (several agreements)** | |
|---|---|---|---|
| | State the term remaining | **Evergreen subject to annual termination right in Nov** | **ONEOK WesTex Transmission LLC**<br>**Attn: Contract Administration**<br>**P.O. Box 22089**<br>**Tulsa, OK 74121-2089** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Advisors - tax equity financing** | |
|---|---|---|---|
| | State the term remaining | **Monthly auto-renewals absent 5-day termination** | **Reznick Capital Markets Securities, LLC**<br>**Attn: President**<br>**420 Lexington Avenue #2310**<br>**New York, NY 10170** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Collateral agent/underwriter re TCEQ P&A bond** | |
|---|---|---|---|
| | State the term remaining | **Not specified** | **RLI Insurance Company**<br>**8 Greenway Plaza**<br>**Suite 400**<br>**Houston, TX 77046** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Project data room** | |
|---|---|---|---|
| | State the term remaining | **Not specified** | **Share Vault**<br>**Pandesa Corporation**<br>**16795 Lark Ave., Suite 210**<br>**Los Gatos, CA 95032** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Steam Turbine Purchase Agrmt** | |
|---|---|---|---|
| | State the term remaining | **Exp 1/1/18** | **Siemens Energy, Inc.**<br>**4400 Alafaya Trail, MC Q1-286**<br>**Orlando, FL 32826-2399** |

Case 17-14525-TWD    Doc 1    Filed 10/13/17    Ent. 10/13/17 16:15:49    Pg. 53 of 80



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Secured lender** | |
|---|---|---|---|
|  | State the term remaining | **Exp 9/30/2017** | **Siemens Financial Services Inc**<br>**ATTN James H. Kipers, Jr.**<br>**400 Interstate North Parkway**<br>**Suite 1150**<br>**Atlanta, GA 30339** |
|  | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **FEED, EPC Agrmts** | |
|---|---|---|---|
|  | State the term remaining | **Any party right to nullify/void EPC** | **SNC-Lavalin Engineers & Constructors Inc**<br>**Attention:  Barry White**<br>**919 Milam, Suite 1000**<br>**Houston, TX 77002** |
|  | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Services related to carbon credits** | |
|---|---|---|---|
|  | State the term remaining | **Not specified** | **Summit Carbon Capture, LLC**<br>**ATTN  Richard W. Burkhardt**<br>**801 Second Avenue, Suite 1150**<br>**Seattle, WA 98104** |
|  | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for SPG services** | |
|---|---|---|---|
|  | State the term remaining | **Not specified** | **Summit Texas Clean Energy Development, LLC**<br>**ATTN  Richard W. Burkhar**<br>**801 Second Avenue, Suite 1150**<br>**Seattle, WA 98104** |
|  | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Pipeline easement** | |
|---|---|---|---|
|  | State the term remaining | **Exp 6/1/21 absent earlier termination** | **The University of Texas System Board of Regents**<br>**The University of Texas System**<br>**P.O. Box 553**<br>**Midland, TX 79702** |
|  | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Industry track agrmt**

State the term remaining — **Evergreen absent earlier term**

List the contract number of any government contract

Union Pacific Railroad Company
ATTN Real Estate Foldr 2695-72
1400 Douglas Street
STOP 1690
Omaha, NE 68179-1690

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Water EPC**

State the term remaining — **Not specified**

List the contract number of any government contract

Veolia Water Technologies Inc
250 Airside Drive
Moon Township, PA 15108

Case 17-14525-TWD    Doc 1    Filed 10/13/17    Ent. 10/13/17 16:15:49    Pg. 55 of 80

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CCM TCEP, LLC** | **1730 Massachusetts Ave NW**<br>**Washington, DC 20036** | **U.S. Dept. of Energy/NETL** | ☐ D _____<br>■ E/F   **3.68**<br>☐ G _____ |
| 2.2 | **Summit Power Group, LLC** | **801 2nd Ave. Ste 1150**<br>**Seattle, WA 98104** | **U.S. Dept. of Energy/NETL** | ☐ D _____<br>■ E/F   **3.68**<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Summit Texas Clean Energy, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other   **Grant Receipts from DOE** | **$0.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Grant Receipts from DOE** | **$2,781,644.26** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Grant Receipts from DOE** | **$40,022,177.83** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. SNC Lavalin<br>Mr. Joseph Lichon<br>EVP Americas & Asia Pacific<br>SNC-Lavalin<br>919 Milam, Suite 1000<br>Houston, TX 77002 | 07/18/17 | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Summit Texas Clean Energy, LLC et al. v. United States Department of Energy<br>17-1138C | Claims against United States Department of Energy relating to its termination of contractual relationship with Debtor for the development of a clean coal plant. | United States Court of Federal Claims<br>717 Madison Place NW<br>DC 20000 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Debtor | Summit Texas Clean Energy, LLC | Case number (if known) | |
|---|---|---|---|

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 83 S King Street, Ste 200 Seattle, WA 98104 | **March 2011 through March 2015** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Ryan Cooper**<br>**801 2nd Ave, Suite 1150**<br>**Seattle, WA 98104** | **September 2010 through September 2016** |
| 26a.2. **Ashley Endres**<br>**801 2nd Ave, Suite 1150**<br>**Seattle, WA 98104** | **November 2010 - December 2016** |
| 26a.3. **Richard W. Burhardt**<br>**801 2nd Ave, Suite 1150**<br>**Seattle, WA 98104** | **July 2008 to Present** |
| 26a.4. **Vici Hall**<br>**801 2nd Ave, Ste 1150**<br>**Seattle, WA 98104** | **November 2009 to Present** |
| 26a.5. **Rebecca Fagerlie**<br>**801 2nd Ave, Ste 1150**<br>**Seattle, WA 98104** | **August 2010 to Present** |
| 26a.6. **Kristin Adamson**<br>**801 2nd Ave., Ste 1150**<br>**Seattle, WA 98104** | **July 2011 to October 2016** |
| 26a.7. **Marjan Swan**<br>**801 2nd Ave, Ste 1150**<br>**Seattle, WA 98104** | **July 2015 to December 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Grant Thornton**<br>**520 Pike Street, Ste 2800**<br>**98101** | **Audit Services for 2015 - Approximately 11/15 through 07/16** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Siemens Financial Svcs, Inc.**<br>**400 Interstate N Pkwy, # 115**<br>**Atlanta, GA 30339** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| STCE Holdings, LLC | | Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Earl Gjelde | 801 2nd Ave, Ste 1150 Seattle, WA 98104 | SVP, Management Committee Representative | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Gjelde | 801 2nd Ave, Ste 1150 Seattle, WA 98104 | Management Committee Representative | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rick Burkhardt | 801 2nd Ave, Ste 1150 Seattle, WA 98104 | Management Committee Representative | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karl Mattes | 802 2nd Ave, Ste 1150 Seattle, WA 98104 | Management Committee Representative | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jason Crew | 801 2nd Ave, Ste 1150 Seattle, WA 98104 | Management Committee Representative and CEO | 10/06/14-09/22/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ann Banks | 801 2nd Ave, Ste 1150 Seattle, WA 98104 | Management Committee Representative and CCO | 11/13/12-12/18/16 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kelly Goodman | 801 2nd Ave, Ste 1150 Seattle, WA 98104 | Management Committee Representative | 06/30/16-09/22/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| **Mel Riggs** | **CW NextGen Investment LP**<br>**6 Desta Drive, Ste 3000**<br>**Midland, TX 79705** | **Management Committee**<br>**Representative** | **02/02/11-09/22/17** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 13, 2017**

**/s/ Rick Burkhardt**                                          **Rick Burkhardt**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Management Committee Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re   **Summit Texas Clean Energy, LLC**

_____   Case No. _____
Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **25,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 13, 2017**
_____
_Date_

**/s/ Christine M. Tobin-Presser**
_____
**Christine M. Tobin-Presser #27628**
_Signature of Attorney_
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110  Fax: 206-292-2104**
_Name of law firm_

---

# United States Bankruptcy Court
## Western District of Washington

In re    **Summit Texas Clean Energy, LLC**           Case No. _____

                                     Debtor(s)       Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Management Committee Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 13, 2017** _____      **/s/ Rick Burkhardt** _____

                                              **Rick Burkhardt/Management Committee Representative**
                                              Signer/Title

```
US ATTORNEY
ATN  BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN  BANKRUPTCY COUNSEL
44 MONTGOMERY ST  #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


US DEPT OF EDUCATION
BANKRUPTCY DEPARTMENT
PO BOX 65128
SAINT PAUL, MN 55165


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE  #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046
```

WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


WA DEPT OF SOCIAL&HEALTH SVCS
DIV OF CHILD SUPPORT
PO BOX 11520
TACOMA, WA 98411-5520


CHRISTINE M. TOBIN-PRESSER
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


SUMMIT TEXAS CLEAN ENERGY, LLC
801 SECOND AVE, SUITE 1150
SEATTLE, WA 98104


ADVANCED RESOURCES
  INTERNATIONAL INC
4501 FAIRFAX DRIVE, SUITE 910
ARLINGTON, VA 22203


BAKER BOTTS LLP
ATTN: STANLEY R. SOYA
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20004-2400


BETTY MOSS DEAN
508 W. WALL STREET, SUITE 780
MIDLAND, TX 79701


CCM TCEP, LLC
1730 MASSACHUSETTS AVE NW
WASHINGTON, DC 20036


CH2M HILL ENGINEERS, INC.
ATTENTION: GARY BROWN
9191 SOUTH JAMAICA STREET
ENGLEWOOD, CO 80112-5946

```
CH2M HILL ENGINEERS, INC.
ATTENTION: PROJECT DIRECTOR
1000 ABERNATHY ROAD
SUITE 1600
ATLANTA, GA 30328


CH2M HILL ENGINEERS, INC.
ATTENTION: PROJECT DIRECTOR
14701 ST. MARY'S LANE
SUITE 300
HOUSTON, TX 77079


CH2MHILL ENGINEERS, INC.
ATTN: PROJECT DIRECTOR
14701 ST. MARY'S LANE #300
HOUSTON, TX 77079-2923


CH2MHILL ENGINEERS, INC.
ATTN: PROJECT DIRECTOR
14702 ST. MARY'S LANE #300
HOUSTON, TX 77079-2923


CH2MHILL ENGINEERS, INC.
ATTN: PROJECT DIRECTOR
14703 ST. MARY'S LANE #300
HOUSTON, TX 77079-2923


CH2MHILL ENGINEERS, INC.
ATTN: PROJECT DIRECTOR
14704 ST. MARY'S LANE #300
HOUSTON, TX 77079-2923


CH2MHILL ENGINEERS, INC.
ATTN: PROJECT DIRECTOR
14705 ST. MARY'S LANE #300
HOUSTON, TX 77079-2923


CH2MHILL ENGINEERS, INC.
ATTN: PROJECT DIRECTOR
14706 ST. MARY'S LANE #300
HOUSTON, TX 77079-2923


CHINA HUANQIU CONTRACTING/ENG
1, CHUANGDA ROAD 2
CHAOYANG DISTRICT
BEIJING PRC 100012
CHINA
```

CHINA HUANQUI CONTRACTING & EN
1 CHUANGDA ROAD
2, LAIGUANGYING HIGH-TECH PARK
BEIJING PRC 100012
CHINA


CITY OF ODESSA
ATTENTION: CITY MANAGER
P.O. BOX 4398
ODESSA, TX 79760


CLOUD PEAK ENERGY
  RESOURCES LLC
ATTN: CONTRACT ADMINISTRATION
385 INTERLOCKEN CRESCENT #400
BROOMFIELD, CO 80021


DAVIS WRIGHT TREMANE LLP
ATTN: SCOTT W. MACCORMACK
1201 THIRD AVENUE
SUITE 2200
SEATTLE, WA 98101-3045


DAVIS, WRIGHT, TREMAINE, LLP
1201 THIRD AVE #2200
SEATTLE, WA 98101-3045


E3 CONSULTING SERVICES, LLC
3333 S. BANNOCK ST, SUITE 500
ENGLEWOOD, CO 80110


ECTOR COUNTY HOSPITAL DIST
MEDICAL CENTER HEALTH SYSTEM
ATTN WILLIAM WEBSTER, CEO
500 W. 4TH STREET
ODESSA, TX 79761


ECTOR COUNTY, TEXAS
ATTENTION: SUSAN M. REDFORD
ECTOR COUNTY JUDGE
300 N. GRANT AVENUE
ODESSA, TX 79761

ELECTRIC RELIABILITY COUNCIL
  OF TEXAS, INC.
ATTN: LEGAL DEPARTMENT
7620 METRO CENTER DRIVE
AUSTIN, TX 78744-1654


ERIC REDMAN
1521 2ND AVE, #3403
SEATTLE, WA 98101


GFS GLOBAL, LLC
330 LITTLE FALLS STREET
FALLS CHURCH, VA 22046


GRANT THORNTON LLP
520 PIKE STREET #2800
SEATTLE, WA 98101


GRANT THORNTON, LLP
520 PIKE STREET, SUITE 2800
SEATTLE, WA 98101-1389


HALDOR TOPSOE, INC.
ATTN: CHIEF EXECUTIVE OFFICER
17629 EL CAMINO REAL #300
HOUSTON, TX 77058


HQC USA, LLC
ATTN: LING XU
2500 CITY WEST BLVD #725
HOUSTON, TX 77042


HUANENG CLEAN ENERGYRSRCH INST
LAB BLDG A CHNG INNOVTION BASE
SOUTH AREA FUTURE SCIENCE&TECH
BEIQIJIA TOWN, CHANGPING DIST
BEIJING, PRC 00010-2209 CHINA


JONES DAY
222 EAST 41ST STREET
NEW YORK, NY 10017-6702


KRUGER ENVIRONMENTAL
  STRATEGIES LLC
11912 OLD BRIDGE ROAD
ROCKVILLE, MD 20852

```
KRUGER ENVIRONMENTAL
  STRATEGIES, LLC
11912 OLD BRIDGE ROAD
ROCKVILLE, MD 20852


KRUGER ENVIRONMENTAL
  STRATEGIES, LLC
11912 OLD BRIDGE ROAD
ROCKVILLE, MD 20852


LATHAM & WATKINS LLP
ATTN:  PAUL J. HUNT
555 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304


LATHAM & WATKINS LLP
ATTN:  PAUL J. HUNT
556 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304


LATHAM & WATKINS LLP
ATTN:  PAUL J. HUNT
557 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304


LATHAM & WATKINS LLP
ATTN:  PAUL J. HUNT
558 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304


LATHAM & WATKINS LLP
ATTN:  PAUL J. HUNT
559 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304


LATHAM & WATKINS LLP
ATTN:  PAUL J. HUNT
560 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304


LATHAM & WATKINS LLP
ATTN:  PAUL J. HUNT
561 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304
```

```
LATHAM & WATKINS LLP
ATTN: PAUL J. HUNT
562 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304


LATHAM & WATKINS LLP
ATTN: PAUL J. HUNT
563 ELEVENTH STREET NW #1000
WASHINGTON, DC 20004-1304


LATHAM & WATKINS LLP
ATTN: PAUL J. HUNT
555 ELEVENTH STREET NW #1000
WASHINGTON, D.C. 20004-1304


LAURA MILLER
P.O. BOX 191466
DALLAS, TX 75219


LINDE LLC
ATTENTION: CONTRACT MANAGER
575 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974


MCELROY SULLIVAN & MILLER LLP
ATTENTION: THOMAS M. WEBER
P.O. BOX 12127
AUSTIN, TX 78711


MCELROY, SULLIVAN, MILLER,
WEBER & OLMSTEAD, LLP
PO BOX 12127
AUSTIN, TX 78711


MCWILLIAMS GOVERNMENTAL
 AFFAIRS CONSULTANTS
1220 COLORADO, SUITE 100
AUSTIN, TX 78701


MELZER CONSULTING
P.O. BOX 2083
MIDLAND, TX 79702-2083
```

```
NORTON ROSE FULBRIGHT
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TX 77010-3095


ODESSA DEVELOPMENT CORPORATION
ATTN: BOARD PRESIDENT
411 W. 8TH STREET
ODESSA, TX 79761


ODESSA DEVELOPMENT CORPORATION
ATTENTION: BOARD PRESIDENT
411 W. 8TH STREET
ODESSA, TX 79761


ODESSA INDUSTRIAL
  DEVELOPMENT CORP
ATTN SECRETARY
PO BOX 3626
ODESSA, TX 79760


ODESSA JUNIOR COLLEGE DISTRICT
GREGORY D. WILLIAMS ED.D./PRES
ODESSA COLLEGE
201 WEST UNIVERSITY BLVD.
ODESSA, TX 79764


ONCOR ELECTRIC DELIVERY CO LLC
ATTN: JEFF HERRING
2233 B MOUNTAIN CREEK PARKWAY
DALLAS, TX 75211-6711


ONEOK WESTEX TRANSMISSION LLC
ATTN: CONTRACT ADMINISTRATION
P.O. BOX 22089
TULSA, OK 74121-2089


QWAA (CHINA) LIMITED
APT 902, BUILDING 15
LANE 177, TIANSHAN ROAD
SHANGHAI PRC 200336
CHINA
```

REZNICK CAPITAL MARKETS
  SECURITIES, LLC
ATTN: PRESIDENT
420 LEXINGTON AVENUE #2310
NEW YORK, NY 10170


RLI INSURANCE COMPANY
8 GREENWAY PLAZA
SUITE 400
HOUSTON, TX 77046


SHARE VAULT
PANDESA CORPORATION
16795 LARK AVE., SUITE 210
LOS GATOS, CA 95032


SIEMENS ENERGY, INC.
4400 ALAFAYA TRAIL, MC Q1-286
ORLANDO, FL 32826-2399


SIEMENS FINANCIAL SERVICES INC
ATTN JAMES H. KIPERS, JR.
400 INTERSTATE NORTH PARKWAY
SUITE 1150
ATLANTA, GA 30339


SIEMENS FINANCIAL SVCS, INC.
400 INTERSTATE N PKWY, # 115
ATLANTA, GA 30339


SIEMENS FINANCIAL SVCS, INC.
170 WOOD AVENUE S
ISELIN, NJ 08830


SIEMENS FUEL GASIFICATION
GMBH & CO. KG
HALSBRUECKER STRASSE 34
FREIBERG GERMANY 09599
GERMANY 09599


SIEMENS FUEL GASIFICATION
GMBH & CO. KG
HALSBRUECKER STRASSE 34
FREIBERG GERMANY 09600
GERMANY 09599

```
SNC-LAVALIN ENGINEERS
  & CONSTRUCTORS INC
919 MILAM, SUITE 1000
HOUSTON, TX 77002


SNC-LAVALIN ENGINEERS
  & CONSTRUCTORS, INC
919 MILAM, SUITE 1000
HOUSTON, TX 77002


SNC-LAVALIN ENGINEERS
  & CONSTRUCTORS, INC.
919 MILAM, SUITE 1000
HOUSTON, TX 77002


SNC-LAVALIN ENGINEERS
& CONSTRUCTORS, INC
919 MILAM, SUITE 1000
HOUSTON, TX 77002


SNC-LAVALIN ENGINEERS
  & CONSTRUCTORS INC
ATTENTION: BARRY WHITE
919 MILAM, SUITE 1000
HOUSTON, TX 77002


SNC-LAVALIN PROJECT SERVICES
436 CREAMERY WAY, SUITE 100
EXTON, PA 19341


SUMMIT CARBON CAPTURE, LLC
ATTN RICHARD W. BURKHARDT
801 SECOND AVENUE, SUITE 1150
SEATTLE, WA 98104


SUMMIT POWER GROUP, LLC
801 2ND AVE. STE 1150
SEATTLE, WA 98104


SUMMIT TEXAS CLEAN
  ENERGY DEVELOPMENT, LLC
ATTN RICHARD W. BURKHAR
801 SECOND AVENUE, SUITE 1150
SEATTLE, WA 98104
```

THE UNIVERSITY OF TEXAS SYSTEM
  BOARD OF REGENTS
THE UNIVERSITY OF TEXAS SYSTEM
P.O. BOX 553
MIDLAND, TX 79702


U.S. DEPT. OF ENERGY/NETL
ATTN MAUREEN DAVISON-CNTRCT SP
626 COCHRANS MILL RD
PO BOX 10940
PITTSBURGH, PA 15236-0940


UNION PACIFIC RAILROAD COMPANY
ATTN REAL ESTATE FOLDR 2695-72
1400 DOUGLAS STREET
STOP 1690
OMAHA, NE 68179-1690


VEOLIA WATER TECHNOLOGIES INC
250 AIRSIDE DRIVE
MOON TOWNSHIP, PA 15108


WELLFORD CAPITAL MARKETS, LLC
ATTN: BRET LOGUE
110 E. 42ND STREET #1310
NEW YORK, NY 10017


WELLFORD CAPITAL MARKETS, LLC
ATTN: BRET LOGUE
110 E 42ND STREET #1310
NEW YORK, NY 10017


WELLFORD CAPITAL MARKETS, LLC
ATTN: BRET LOGUE
111 E 42ND STREET #1310
NEW YORK, NY 10017


WELLFORD CAPITAL PARTNERS, LLC
ATTN: BRET LOGUE
112 E 42ND STREET #1310
NEW YORK, NY 10017


WELLS FARGO BANK
CORPORATE TRUST SERVICES
WF 8113
PO BOX 1450
MINNEAPOLIS, MN 55485-8113

WRIGHT, WILLIAM
GUANGCIA INT'L APARTMENTS 4-8B
CHAOYANG DISTRICT
BEIJING PRC 100020
CHINA

# United States Bankruptcy Court
## Western District of Washington

In re   **Summit Texas Clean Energy, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Summit Texas Clean Energy, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 13, 2017**

Date

**/s/ Christine M. Tobin-Presser**

**Christine M. Tobin-Presser #27628**

Signature of Attorney or Litigant

Counsel for   **Summit Texas Clean Energy, LLC**

**Bush Kornfeld LLP**

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **Summit Texas Clean Energy, LLC**          Case No. _____

                                             Debtor(s)      Chapter    **7** _____

# BUSINESS INCOME AND EXPENSES

## The business is not operating

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:            $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income                                     $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor)         $ _____ **0.00**

    4. Payroll Taxes                                **0.00**

    5. Unemployment Taxes                          **0.00**

    6. Worker's Compensation                      **0.00**

    7. Other Taxes                                   **0.00**

    8. Inventory Purchases (Including raw materials)      **0.00**

    9. Purchase of Feed/Fertilizer/Seed/Spray      **0.00**

    10. Rent (Other than debtor's principal residence)      **0.00**

    11. Utilities                                       **0.00**

    12. Office Expenses and Supplies                **0.00**

    13. Repairs and Maintenance                  **0.00**

    14. Vehicle Expenses                           **0.00**

    15. Travel and Entertainment                  **0.00**

    16. Equipment Rental and Leases              **0.00**

    17. Legal/Accounting/Other Professional Fees      **0.00**

    18. Insurance                                   **0.00**

    19. Employee Benefits (e.g., pension, medical, etc.)      **0.00**

    20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

        DESCRIPTION                               TOTAL

    21. Other (Specify):

        DESCRIPTION                               TOTAL

    22. Total Monthly Expenses (Add items 3-21)          $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $ _____ **0.00**