William F. Malaier, Jr., WSBA #34152
**OGDEN MURPHY WALLACE, P.L.L.C.**
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| IN RE: | Chapter 7 |
|---|---|
| SUMMIT TEXAS CLEAN ENERGY, LLC | **CASE NO. 17-14525-TWD** |
| Debtor, | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Odessa Industrial Development Corporation, dba "Grow Odessa", (hereafter, "*OIDC*") a creditor and party-in-interest in the above-captioned case, hereby appears through counsel, William F. Malaier, Jr. of Ogden Murphy Wallace, PLLC. OIDC hereby requests that any and all notices and pleadings, except for original process, be addressed to it as follows:

Chris Terry
Odessa Industrial Development Corporation
700 N. Grant, Ste. 201
Odessa, TX 79761
**and to:**

William F. Malaier, Jr.
Ogden Murphy Wallace, PLLC
905 5th Ave., Ste 3500
Seattle, WA 98164
(206) 447-7000
wmalaier@omwlaw.com

{WFM1662846.DOCX;1/08390.000001/ }
- 1

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

Case 17-14525-TWD    Doc 11    Filed 12/19/17    Ent. 12/19/17 10:49:26    Pg. 1 of 2

DATED this 19th day of December, 2017.

**OGDEN MURPHY WALLACE, PLLC**

*/s/ William F. Malaier, Jr.*
WILLIAM F. MALAIER, JR.
WSBA# 34152
Telephone: (206) 447-7000
Facsimile: (206) 447-0215
E-mail: wmalaier@omwlaw.com

## DECLARATION OF SERVICE

William F. Malaier, Jr. declares as follows:

1. I am a member of the firm Ogden Murphy Wallace, PLLC. I am over the age of eighteen, have first-hand knowledge of the facts set forth herein, and am otherwise competent to testify to said facts.

2. On December 19, 2017, I electronically filed this Notice of Appearance with the Clerk of the above-entitled Court using the CM/ECF system.

3. It is my understanding that the CM/ECF system will send notifications of his filing to all parties listed in this case to receive notice electronically.

I declare, under penalty of perjury of the laws of the State of Washington, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 19th day of December, 2017, at Seattle, Washington.

*/s/ William F. Malaier, Jr.*
WILLIAM F. MALAIER, JR.

{WFM1662846.DOCX;1/08390.000001/ }
- 2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

Case 17-14525-TWD    Doc 11    Filed 12/19/17    Ent. 12/19/17 10:49:26    Pg. 2 of 2