| | |
|---|---|
| 1 | Honorable Timothy W. Dore |
| | Hearing date: May 10, 2019; 9:30 a.m. |
| 2 | Hearing Place: Room 8106, 700 Stewart Street, Seattle, WA 98101 |
| | Responses due by: May 3, 2019; by 4:30 p.m. |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 17-14525 |
| SUMMIT TEXAS CLEAN ENERGY LLC, | |
| | TRUSTEE'S MOTION FOR AN ORDER |
| Debtor(s). | OF SALE OF REAL PROPERTY OF THE |
| | ESTATE FREE AND CLEAR OF LIENS |
| | AND ENCUMBRANCES |

COMES NOW the duly appointed trustee, Nancy James, through counsel, The Livesey Law Firm, and Rory C. Livesey, and moves this court for an order authorizing the sale of the bankruptcy estate's interest in certain real property located in Ector County, Texas.

The debtor's schedules list six parcels of real property located in Ector County, Texas. The largest parcel, called the Reverter Tract, consists of approximately 600 acres. *See* Declaration of Rory C. Livesey. That property was acquired through an agreement with the Odessa Development Corporation ("ODC"). Under the terms of the agreement with ODC, the property would revert to Odessa Industrial Development Corporation ("OIDC") if the debtor did not achieve financial closing of its coal gasification operation on or before December 31, 2017. The debtor did not meet its objectives and the trustee believes that the property did, indeed, revert to OIDC. Under the agreement the debtor could have paid ODC $480,000 and retained the property, but the bankruptcy had been filed and the debtor did not have the funds. Additionally, junior to the OIDC claim is the claim of Siemens Financial Services. However, the claim was eliminated when the property reverted to OIDC.

**TRUSTEE'S MOTION FOR AN ORDER OF SALE
OF REAL PROPERTY OF THE ESTATE FREE
AND CLEAR OF LIENS AND ENCUMBRANCES**
190415aMot  Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

The debtor also owns five additional lots contiguous to the Reverter Tract. The legal descriptions are attached to the Declaration of Livesey on file herein. They comprise approximately 60 acres. According to the tax accessed values provided by Ector County, the lots have a combined assessed value of approximately $17,000.

OIDC has agreed to purchase the 60 contiguous acres and any remaining interest the bankruptcy estate may have in the Reverter Tract for $25,000. OIDC will also pay all of the costs to close the transaction, other than the bankruptcy estate's administrative expenses related to the sale. The sale should net the estate $25,000.

The sale will be free and clear of liens and encumbrances. The property will be "as-is, where-is" with no warranties or representations by the trustee. However, notwithstanding anything to the contrary in any purchase or sale agreement or the Order Approving Sale under 11 U.S.C. § 363, nothing in this Motion or the Order or related documents will discharge, release, preclude or enjoin: (i) any liability to any governmental unit as defined in 11 U.S.C. § 101(27) ("Governmental Unit") that is not a "claim" as defined in 11 U.S.C. § 101(5) ("Claim"); (ii) any Claim of a Governmental Unit arising on or after the Sale Date; (iii) any liability to a Governmental Unit under police and regulatory statutes or regulations that any entity would be subject to as the owner or operator of property after the Sale Date; (iv) any liability to a Governmental Unit on the part of any Person other than the Debtor. Nor shall anything in the Order enjoin or otherwise bar a Governmental Unit from asserting or enforcing, outside this Court, any liability described in the preceding sentence. Nothing in the Order or related documents will authorize the transfer or assignment of any governmental (a) license, (b) permit, (c) registration, (d) authorization or (e) approval, or the discontinuation of any obligation thereunder, without compliance with all applicable legal requirements and approvals under police or regulatory law (including but not limited to all applicable requirements of the Texas Commission on Environmental Quality). Nothing in the Order will divest any tribunal of any jurisdiction it may have under police or regulatory law to interpret the Order or to adjudicate any defense asserted under the Order.

**TRUSTEE'S MOTION FOR AN ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
190415aMot  Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 17-14525-TWD    Doc 24    Filed 04/16/19    Ent. 04/16/19 15:02:48    Pg. 2 of 3

1    The trustee has determined that this sale is in the best interest of the estate. *See* Declaration of Nancy James. The property has very limited value to the creditors. The Reverter Tract is arguably no longer property of the estate. Without the Reverter Tract the remaining lots are essentially valueless. The trustee previously filed a motion to abandon the real property, but withdrew the motion when OIDC expressed its interest in purchasing the property.

WHEREFORE, the trustee prays for an order accordingly.

RESPECTFULLY SUBMITTED this 16th day of April, 2019.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Trustee

**TRUSTEE'S MOTION FOR AN ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
190415aMot  Page 3

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826